Timothy M. Lynch
LYNCH & ASSOCIATES, P.C.
425 G Street, Suite 420
Anchorage, Alaska 99501
(907) 276-3222 *telephone*
(907) 278-9498 *facsimile*
tlynch@northlaw.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORMA MALEK | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BROWMAN DEVELOPMENT | ) |
| COMPANY, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

Case No. _____ -cv- _____ (____)

**NOTICE OF REMOVAL OF ACTION
IN ACCORDANCE WITH 28 U.S.C. § 1441 BASED ON DIVERSITY**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant, Browman Development Company,

Inc., hereby removes to this court the state court action described in Paragraph 1 below.

1. On or about May 21, 2012, an action was commenced in the Superior in the

Superior Court for the State of Alaska, Third Judicial District at Palmer entitled *Norma Malek*

*v. Browman Development Company, Inc.* with the case number 3PA-12-1601 Civil.

2. Defendant Browman Development Company, Inc. first received a copy of the

Summons and Complaint on or about May 25, 2012, when it was served via certified mail.

3. The complaint alleges that Defendant failed to maintain the landscaping on its land

Notice of Removal of Action in Accordance with 28 USC § 1441 Based on Diversity          Page 1 of 3
*Norma Malek v. Broman Development Co., Inc.*                                             3PA-12-1601 Civil

Case 3:12-cv-00120-RRB   Document 1   Filed 06/08/12   Page 1 of 3

and its parking lot in such a way as to guard against unreasonable risks.

    4.  The complaint seeks compensatory damages in a sum in excess of ONE HUNDRED THOUSAND and 00/100 DOLLARS ($100,000.00) exclusive of interest and costs.

    5.  Plaintiff states in her complaint that she is a resident of the State of Alaska.

    6.  Browman Development Company, Inc. is a California corporation.

    7.  This is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

    8.  Complete diversity of citizenship exists between defendants and plaintiffs.

    9.  This court has original jurisdiction pursuant to 28 U.S.C. § 1332(a).

    10. This action is one which may be removed to this court pursuant to the provisions of 28 U.S.C. § 1441(a)-(b).

    11. Defendant who is a legal entity incorporated in and has its principal place of business in a state other than the State of Alaska, where this action was filed, and thus removal is proper under 28 U.S.C. § 1441(b).

    12. Defendant has attached copies of the following State court documents which have been filed in this action:

        A.  Complaint;

        B.  Jury Demand by Norma Malek;

        C.  Summons issued to Browman Development Company, Inc.;

        D.  Entry of Appearance on behalf of Browman Development Company, Inc.; and

        E.  Jury Demand by Browman Development Company, Inc.

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G STREET, SUITE 420
ANCHORAGE, ALASKA 99501
(907) 276-3222
FAX: (907) 278-9498

Notice of Removal of Action in Accordance with 28 USC § 1441 Based on Diversity     Page 2 of 3
*Norma Malek v. Broman Development Co., Inc.*     3PA-12-1601 Civil

Case 3:12-cv-00120-RRB   Document 1   Filed 06/08/12   Page 2 of 3

THEREFORE, Browman Development Company, Inc. hereby removes to this court

the action filed in commenced in the Superior in the Superior Court for the State of Alaska,

Third Judicial District at Palmer entitled *Norma Malek v. Browman Development Company,*

*Inc.* with the case number 3PA-12-1601 Civil.

DATED at Anchorage, Alaska this ___7TH___ day of June, 2012.

LYNCH & ASSOCIATES, P.C.
Attorneys for Defendant

By: _____
Timothy M. Lynch
LYNCH & ASSOCIATES, P.C.
425 G Street, Suite 420
Anchorage, Alaska 99501
(907) 276-3222
(907) 278-9498
tlynch@northlaw.com
Alaska Bar No. 7111030

Certificate of Service
I hereby certify that on the ___7th___ day of
June, 2012, I caused a true and correct copy
of the foregoing to be served to the following via:

___: U.S. Mail    ___: Facsimile    ___: Courier    ___: Electronic Mail

Thomas E. Williams
Attorney at Law
11940 Business Blvd., Ste. 100
Eagle River, AK 99577

_____
Lynch & Associates, P.C.

Notice of Removal of Action in Accordance with 28 USC § 1441 Based on Diversity          Page 3 of 3
*Norma Malek v. Broman Development Co., Inc.*                                            3PA-12-1601 Civil

Case 3:12-cv-00120-RRB   Document 1   Filed 06/08/12   Page 3 of 3

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G STREET, SUITE 420
ANCHORAGE, ALASKA 99501
(907) 276-3222
FAX: (907) 278-9498