Timothy M. Lynch
LYNCH & ASSOCIATES, P.C.
425 G Street, Suite 420
Anchorage, Alaska 99501
(907) 276-3222 Telephone
(907) 278-9498 Facsimile
tlynch@northlaw.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORMA MALEK ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BROWMAN DEVELOPMENT ) <br> COMPANY, INC. ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:12-cv-00120 RRB |

## VOLUNTARY DISMISSAL OF ACTION

Plaintiff Norma Malek and defendant Browman Development Company, Inc., by and through respective counsel of record, hereby stipulate and agree to voluntary dismissal of this action with prejudice, each party to bear its own costs and fees.

Plaintiff voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

Voluntary Dismissal of Action                                                Page 1 of 2
*Norma Malek v. Browman Development Co., Inc.*                Case No. 3:12-cv-00120 RRB
Case 3:12-cv-00120-RRB   Document 41   Filed 07/22/14   Page 1 of 2

DATED at Eagle River, Alaska this 22nd day of July, 2014.

        LAW OFFICE OF THOMAS E. WILLIAMS
        Attorney for Norma Malek.

By: /s/ Thomas E. Williams
    Thomas E. Williams
    LAW OFFICE OF THOMAS E. WILLIAMS
    11940 Business Boulevard, Suite 100
    Eagle River, Alaska 99577
    (907) 694-4000 Telephone
    (907) 694-1766 Facsimile
    twilll24004@gmail.com
    Alaska Bar No. 7410115

DATED at Anchorage, Alaska this 22nd day of July, 2014.

        LYNCH & ASSOCIATES, P.C.
        Attorneys for Browman Development Co., Inc.

By: /s/ Timothy M. Lynch
    Timothy M. Lynch
    LYNCH & ASSOCIATES, P.C.
    425 G Street, Suite 420
    Anchorage, AK 99501
    (907) 276-3222 Telephone
    (907) 278-9498 Facsimile
    tlynch@northlaw.com
    Alaska Bar No. 7111030

Certificate of Service

The undersigned herby certifies that
On 22nd day of July, 2014 a true and
correct copy of the foregoing was served
via electronic delivery to:

Thomas E. Williams      *Attorney for Plaintiff*

/s/ Vanessa Hope
Lynch & Associates, P.C.

Lynch & Associates, P.C.
A Professional Corporation
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

Voluntary Dismissal of Action    Page 2 of 2
*Norma Malek v. Browman Development Co., Inc.*    Case No. 3:12-cv-00120 RRB
Case 3:12-cv-00120-RRB   Document 41   Filed 07/22/14   Page 2 of 2